United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL D. OWBRIDGE,

        Petitioner,

  vs.

RICH SUBIA, Warden,

        Respondents.
                                          /

No. C 07-5458 PJH (PR)

**ORDER TO PAY FILING FEE OR FILE IN FORMA PAUPERIS APPLICATION**

       This case was opened when the clerk received a letter from petitioner saying that there had been a "mix-up." He said that he had mailed the court three copies of a petition for a writ of habeas corpus and a properly completed in forma pauperis application. He says he enclosed a stamped self-addressed envelope and requested that a file-stamped copy of the face page of the petition be returned to him. Instead he got back a form letter saying that the court cannot act on narrative letters complaining of civil rights violations, but that prisoners who wish to file suit must file a formal complaint; attached to the letter was a copy of the habeas petition, not file-stamped. Oddly, he enclosed with his "mix-up" letter two envelopes in which he says he sent the petitions, each of which is postmarked October 12; one of the envelopes carries a clerk's file stamp from this court showing it was received on October 12. Petitioner does not explain how he came to have the envelopes nor how they were received the same day they were postmarked.

       Although these points may become important if the respondent contends that the petition is untimely, it is unnecessary to resolve exactly what happened at this stage of the case. The petition was attached to the "mix-up" letter, and petitioner filed a quantity of exhibits at the same time. That petition was filed by the clerk as the petition commencing

1  this case, document number one on the docket.  Petitioner thus has a habeas petition on
2  file now.  He does not, however, have a completed IFP application on file.  If one was sent,
3  it did not reach the file.  Petitioner therefore shall either file a properly completed IFP
4  application, using the form sent to him by the clerk with the notice of IFP deficiency, or pay
5  the five-dollar filing fee, within thirty days of the date this order is entered.  This case will be
6  dismissed if he does not.

**IT IS SO ORDERED.**

Dated:  November 2, 2007.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.07\owbridge5458.ifp1.wpd

2