UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL D. OWBRIDGE,

        Petitioner,

  vs.

RICH SUBIA, Warden,

        Respondent.

                                      /

No. C 07-5458 PJH (PR)

**ORDER DISMISSING PETITION AS SECOND OR SUCCESSIVE; GRANT OF LEAVE TO PROCEED IN FORMA PAUPERIS**

Petitioner, a California prisoner currently incarcerated at Mule Creek State Prison, has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He also requests leave to proceed in forma pauperis.

Venue is proper because the conviction was obtained in Santa Clara County, which is in this district. *See* 28 U.S.C. § 2241(d).

## BACKGROUND

Petitioner was convicted of second degree murder in 1992. He was sentenced to prison for nineteen years to life. He unsuccessfully appealed his conviction to the California Court of Appeal and the Supreme Court of California denied review. An earlier federal habeas petition attacking this same conviction was dismissed as untimely. *Owbridge v. Hubbard*, No. C 98-4897 MJJ (Order Oct. 2, 2000).

## DISCUSSION

This petition is second or successive to the earlier one. Second or successive petitions cannot be filed without permission from the United States Court of Appeals for the Ninth Circuit. *See* 28 U.S.C. § 2244(b)(3)(A). Petitioner has not gotten an order from the Ninth Circuit allowing the petition to be filed.

1  Leave to proceed in forma pauperis (document number 7 on the docket) is
2  **GRANTED**.  The petition is **DISMISSED** without prejudice to filing a new petition if
3  petitioner obtains the necessary order.
4  The clerk shall close the file.
5  **IT IS SO ORDERED.**
6  Dated:  December 12, 2007.

                                                                    _____
                                                                    PHYLLIS J. HAMILTON
                                                                    United States District Judge

28  G:\PRO-SE\PJH\HC.07\owbridge5458.dsm2d.wpd