UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL D. OWBRIDGE,

      Petitioner,                No. C 07-5458 PJH (PR)

  vs.                            **JUDGMENT**

RICH SUBIA, Warden,

      Respondent.
_____/

    Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against petitioner and in favor of respondent. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: December 12, 2007.

                            PHYLLIS J. HAMILTON
                            United States District Judge

G:\PRO-SE\PJH\HC.07\owbridge5458.JUD.wpd