2/7/08

Mike Owbridge
H-45401, S-108
P.O. Box 2000
Vacaville, CA 95696

RECEIVED
08 FEB
FEB 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
E-filing  FEB 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Owbridge v Subia
#CV-07-5458 PJH

Dear Court Clerk,

I arrived here at DVIH (Dept. of Vacaville on Jan 25, & am writing to inform you of my new address. The Hi Desert mail was handled so poorly, please send me a copy of anything you've mailed to me since 1/23. Thanks!

Also, please send me copies of the motions & request I sent the court while I was at Hi Desert in Nov-Jan. Stamped "Filed".

Please give me the status/docket of those motion/request so I can keep track. Thanks very much for your time.

Sincerely,

M. Owbridge