M. OWBRIDGE
H-45401, S-108
P.O. Box 2000
Vacaville, CA 95696

CA MEDICAL FACILITY

FIRST CLASS



9410253706 C017

Court Clerk
US Northern District Court
450 Golden Gate Ave
San Francisco, CA, 94102

02 1M
0004225987
MAILED FROM ZIPCODE 95687
$ 00.41⁰
FEB 14 2008
UNITED STATES POSTAGE
PITNEY BOWES