UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL D. OWBRIDGE,

    Petitioner,

vs.

RICH SUBIA, Warden,

    Respondent.

No. C 07-5458 PJH (PR)

**ORDER DENYING PETITIONER'S MOTIONS TO RECONSIDER AND FOR COUNSEL**

This is a habeas case filed pro se by a state prisoner. It was dismissed as second or successive in the initial review order. Petitioner has filed motions to reconsider and for appointment of counsel.

In the motion to reconsider petitioner says that Judge Martin Jenkins did not reach the merits of his prior habeas case, having dismissed it as barred by the statute of limitations, so this petition is not second or successive. He is incorrect. *See Murray v. Greiner*, 394 F.3d 78, 81 (2d Cir. 2005). The motion to reconsider (document number 12) is **DENIED**. His motion for counsel (document number 13) is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: August 25, 2008.

                                  PHYLLIS J. HAMILTON
                                  United States District Judge

G:\PRO-SE\PJH\HC.07\owbridge5458.REC.wpd